UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>JESUS RAMON AHUMADA-ALCARAZ,<br><br>               Defendant. | CASE NO.:  25-cr-0737-WQH<br><br>**ORDER TO CONTINUE MOTION HEARING/TRIAL SETTING** |

    **IT IS HEREBY ORDERED** that the Joint Motion to Continue the Motion Hearing/Trial Setting is granted (ECF No. 16). The Motion Hearing/Trial Setting scheduled for April 21, 2025 is continued to June 2, 2025, 2025 at 9:00 a.m.

    It is further ordered that time is excluded from the Speedy Trial Act in the interest of justice, pursuant to 18 U.S.C. § 3161(h)(1) (D) and (h)(7)(A) for the reasons stated in the motion.

Dated:  April 14, 2025

                                              Hon. William Q. Hayes
                                              United States District Court